Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000277
21-FEB-2025
03:41 PM
Dkt. 43 ODSD

NO. CAAP-24-0000277

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


R.A., Petitioner-Appellant, v.
M.M. and CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Respondents-Appellees


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1PP111006168)


ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On April 3, 2024, Petitioner-Appellant R.A. filed the notice of appeal;

(2) The statement of jurisdiction was due, without extension, on or before June 3, 2024;

(3) The opening brief was due on a third extension on or before September 30, 2024. Twice the court granted R.A. relief from default of the opening brief and cautioned R.A.'s counsel to timely file documents and that future violations may result in sanctions;

(4) R.A. failed to file the statement of jurisdiction or the opening brief, or request another extension of time for the opening brief;

(5) On October 4, 2024, the appellate clerk entered a default notice informing R.A. that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 14, 2024, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and R.A. could request relief from default by motion; and

(6) R.A. has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, February 21, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge